UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Glenn Michael Prentice
Defendant/Complainant
c/o: 6183 East Holly Road
Holly, Michigan 48442
(586) 930-2178
Prenticeglenn@gmail.com
By Special Appearance, In Propria Persona

Case No.: 2025-250326FY-FY

Case: 2:26-cv-10758
Assigned To : Parker, Linda V.
Referral Judge: Altman, Kimberly G.
Assign. Date : 3/6/2026
Description: REMOVAL 50th District Court
et al v. Glenn Michael Prentice (tt)

TO: Interpleader
IRS CRIMINAL INVESTIGATION DIVISION
c/o GUY FICCO, CHIEF
1111 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20224

TO: Respondent
50th District Court - Pontiac
Court Administrator Michael McLoyd
70 N. Saginaw St.
Pontiac, MI 48342

## NOTICE OF REMOVAL

Defendant/Complainant, Glenn Michael Prentice on behalf of the Estate of GLENN MICHAEL PRENTICE, pursuant to 28 U.S.C. §§ 1441 and 1446, hereby removes this action from the 50TH District Court, State of Michigan, to the United States District Court for the Eastern District of Michigan, and states as follows:

### 1. State Court Action

1. This action was filed in the 50th District Court of Pontiac, State of Michigan,

Case No.: 2025-250326FY-FY sometime in March of 2025 by the STATE OF MICHIGAN.
2. Defendant/Complainant was never served in the case or the warrant executed to date and only found out about the matter when his passport application was denied by the Department of State of the United States.
3. Defendant/Complainant filed a Motion to Revest Securities to the court and to which the court acknowledged receipt but refused to set a hearing date as well as stated that it is the judge's decision whether to hear the motion or not. [Ex. 1]
4. Defendant/Complainant sent a letter to Joslyn Benson, Michigan Secretary of State and Anita G. Fox, Director of DIFS on November 20, 2025, to perform their duties. [Ex. 2]
5. Defendant/Complainant sent on December 2, 2025, NOTICE OF ADMINISTRATIVE NEGATIVE AVERMENT, COUNTY CLERK FAILURE TO RECORD DOCUMENTS. [Ex. 3] to which no action was taken by any party.

## 2. Basis for Federal Jurisdiction

- 28 U.S.C. § 1443 – Civil rights violations. The STATE OF MICHIGAN accuses the Defendant/Complainant of uttering and publishing wrongfully. Defendant/Complainant was provided this information upon calling the court directly, but no other information has been provided. Further, Defendant/Complainant provided to the 50th District Court as well as Exhibit One in this filing the CUSIP and ISIN of the negotiable instrument verifying that the Clerk of the Court for Oakland County Circuit Court (OCCC) along with the State Court Administrator's Office (SCAO) did in fact securitize the instrument without paying the plaintiff in the prior case. Thus, if there is a crime of uttering and publishing, that would be on the Clerk of the Court for OCCC and the SCAO.
- The Defendant/Claimant believes that the STATE OF MICHIGAN filed this bogus case against Defendant/Complainant as a retaliatory measure as the Defendant/Complainant filed against the Clerk of the Court for OCCC in February, 2024, Case No. 2:25-cv-10286 and the subsequent uttering and publishing charge was filed the very next month by Detective Teelander who had previously stated to Defendant/Complainant that he did not commit any crimes or offenses. This is clearly a case of civil rights violations and methods of suppression. At the time of the Federal case stated, Defendnat/Complainant did not have the CUSIP to show that the instrument was securitized.

### Option A – Federal Question (28 U.S.C. § 1331)

1. Plaintiff's Complaint asserts claims arising under federal law, including but not limited to:

a. GAAP/GAAS accounting records and any other securities bearing CSUIP: 233203405 and CUSIP 316412204. Said records are my property as the Grantor, Bailor, Owner, and Beneficiary. The Trust has been revoked and revested: 26 USC §§ 671-677. The records are being willfully concealed by the following fiscal agent(s) and trustee(s) (12 USC § 266, 50 USC § 4312). The indenture trustee/fiscal accounting office is hereby ordered to provide a full refund for setoff, settlement, discharge, and closure of the account. This is a declaration of identity theft for creating a 1099 A, Bid, Performance, and Payment Bond in my name as the Principal and Surety without my knowledge or consent.
b. Accounting fraud: 26 USC § 7201. Fraud and false statements and concealment:
c. 26 USC § 7206. Securities fraud: SEC Rule 10b-5, 18 USC §§ 472,
d. 475. Embezzlement: 26 USC §§ 671-677. See also 26 USC § 108 (I)(4)(B), 26 CFR § 1.6001-1(e),
e. 26 CFR § 1.381(a)-1, and 26 CFR Ch. 1 § 1.1491-1 for the required taxes to be paid by the alleged trustee(s).
f. Because the claims arise under the Constitution, laws, or treaties of the United States, this Court has original jurisdiction under 28 U.S.C. § 1331.
g. This matter needs to have involvement of the IRS Criminal Investigation, SEC, FBI, State Attorney General, and relevant inspectors general for violations of:
- 26 U.S.C. § 7206 (fraud and false statements)
- 26 U.S.C. § 6713(b) (improper use of tax information)
- 18 U.S.C. § 1028 (identity theft)
- 18 U.S.C. § 241 (conspiracy against rights)
- 18 U.S.C. § 242 (deprivation of rights under color of law)
- UCC Article 3-503 (dishonor and notice requirements)
- 42 U.S.C. § 1983 (civil rights violations)

## 3. Venue

The Flint Division is proper because the state's action was filed in Oakland County and the Eastern District Federal Court, and the Flint Division works in unison based upon prior interactions with both. As Defendant/Complainant is limited physically, this location best serves his physical needs.

**4. Attached Documents**

Attached are Exhibits 1, 2 and 3 as true and correct copies of all pleadings, process, and orders served upon Plaintiff. Defendant/Complainant has never been served on any paperwork nor provided an original warrant in this matter.

**WHEREFORE,**

Defendant/Complainant respectfully removes this matter to this Court.

Respectfully submitted,

*/s/ Glenn Michael Prentice*

Glenn Michael Prentice
Defendant/Complainant
c/o: 6183 East Holly Road
Holly, Michigan 48442
(586) 930-2178
Prenticeglenn@gmail.com
By Special Appearance, In Propria Persona

Dated: 3-3-26

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

Glenn Michael Prentice  
Defendant/Complainant  
c/o: 6183 East Holly Road  
Holly, Michigan 48442  
(586) 930-2178  
Prenticeglenn@gmail.com  
By Special Appearance, In Propria Persona

Case No.: 2025-250326FY-FY

TO: Interpleader  
IRS CRIMINAL INVESTIGATION DIVISION  
c/o GUY FICCO, CHIEF  
1111 CONSTITUTION AVENUE, N.W.  
WASHINGTON, DC 20224

TO: Respondent  
50th District Court - Pontiac  
Court Administrator Michael McLoyd  
70 N. Saginaw St.  
Pontiac, MI 48342

### Proof of Service

I, Glenn Michael Prentice, Defendant/Complainant declare as follows, that I am domiciled in Oakland County, Michigan. I am over the age of eighteen and a party to this action as Agent for the estate of GLENN MICHAEL PRENTICE. My mailing address is c/o 6183 East Holly Road, Holly, Michigan 48442.

On the 3rd of March in the year of our Lord 2026, I served a true copy of the removal of the case in 50th District Court against the Defendant/Complainant to the Eastern District Federal Court and mailed first class a copy of the removal to the Court Administrator for the 50th District Court in the case caption in the header.

I declare under the penalty of common law of Michigan and laws of the united States of America that the foregoing is true and correct. Executed this 3rd day of March 2026.

By: _____  
Glenn Michael Prentice Sr.

# EXHIBIT [1]

October 17, 2025

To: <u>50th District Court and all parties involved</u>
Michael McLoyd Court Administrator
70 North Saginaw Ave.,
Pontiac, Michigan 48342

Please find enclosed a check for $20.00 Twenty Dollars and zero cents for this motion to be filed. This motion and order cannot be e-filed due to the financial information involved and therefore is sent certified mail.

I look forward to a date and time set with the court so that this motion will be heard and adjudicated.

Sincerely,

Glenn Prentice

Glenn Michael Prentice
c/o 6183 East Holly Road
Holly, Michigan 48442
Phone: (586) 930-2178
Email: prenticeglenn@gmail.com

By Special Appearance, In Propria Persona

TO
50th District Court
Michael McLoyd Court Administrator
70 North Saginaw Ave.,
Pontiac, Michigan 48342

State Court Administrative Office (SCAO)
Financial and Administrative
Director: Thomas P. Boyd (State Court Administrator)
Hall of Justice
925 W. Ottawa Street,
Lansing, Michigan 48915

Petitioner: Officer Jason Edward Teelander
1200 North Telegraph Road, Bldg., 38E
Pontiac, Michigan 48341

Karen McDonald/Prosecuting Attorney Oakland Count
1200 N. Telegraph Road Ste. 14E
Pontiac, Michigan 48341

50TH DISTRICT COURT

| | |
|---|---|
| Glenn Michael Prentice <br>     Complainant, <br> v. <br> THE PEOPLE OF THE STATE OF MICHIGAN, <br> Hon. Jeremy Darnell Bowie <br>     Respondent, | No: 2025-250326FY-FY <br><br> MOTION AND ORDER TO REVOKE AND REVEST CASE TRUST SECURITIES; <br><br> RE: CUSIP 316412204 |

MOTION ORDER TO REVOKE AND REVEST Page 1 of 11

## INTRODUCTION

NOW COMES, Glenn Michael Prentice, appearing Specially and not generally in the nature of F.R.C.P. Rule 8(e) for justice and petitions this Court for MOTION AND ORDER TO REVOKE AND REVEST CASE TRUST SECURITIES.

**TAKE NOTICE:** At the assigned hearing date and time, Complainant intends to Motion and Order this Court, on the record, to revoke and revest the case trust securities to setoff, settle, adjudicate, balance all accounts to zero $0, discharge, refund any remaining monies to the Complainant, close all accounts, and dismiss this case with prejudice.

## STATUS

Complainant is an aggrieved party with a right to a remedy. Complainant appears as the Grantor, Bailor, Owner, Beneficiary and Secured Party with the full authority to revoke and revest all trust securities at bar. See I.R.C. Title **26 USC § 676;** "**Power to Revoke.**"

> (a) GENERAL RULE
> The grantor shall be treated as the owner of any portion of a trust, whether or not he is treated as such owner under any other provision of this part, where at any time the power to **revest** in the grantor title to such portion is exercisable by the grantor or a non-adverse party, or both.

MOTION ORDER TO REVOKE AND REVEST Page 2 of 11

(b) POWER AFFECTING BENEFICIAL ENJOYMENT ONLY AFTER OCCURRENCE OF EVENT

Subsection (a) shall not apply to a power the exercise of which can only affect the **beneficial** enjoyment of the income for a period commencing after the occurrence of an event such that a grantor would not be treated as the owner under section 673 if the power were a reversionary interest. But the **grantor** may be treated as the **owner** after the occurrence of such event unless the power is relinquished.
(Aug. 16, 1954, ch. 736, 68A Stat. 230; Pub. L. 99-514, title XIV, §1402(b)(2), Oct. 22, 1986, 100 Stat. 2712.)

## TAKE ADMINISTRATIVE AND JUDICAL NOTICE

The accounting records are being disputed for fraud. Complainant appears to be the Secured Party, Grantor, Bailor, Owner, and Beneficiary. In accordance with *Attorney's Handbook of Accounting, Auditing, and Financial Reporting* this Court is mandated to produce all certified GAAP (Generally Accepted Accounting Principles) and GAAS (Generally Accepted Auditing Standards for the Securities and Exchange Commission) for the accounting records (both public and private-side accounting) and securities at bar. If this Court cannot produce the certified GAAP and GAAS accounting records, this Court is mandated to hire either a qualified CPA or assign a Special Master to audit and certify the forensic accounting records for full disclosure in the nature of F.R.C.P. Rule 26(a)(2) "Duty to Disclose". See also 26 USC § 7201 "Attempt to evade or defeat tax", 26 USC § 7206 "Fraud and false statements and

MOTION ORDER TO REVOKE AND REVEST Page 3 of 11

concealment", I.R.M. 9.1.3 "Criminal Statutory Provisions and Common Law." https://www.irs.gov/irm/part9/irm_09-001-003 Failure or refusal to produce the accounting records may be construed as willful fraud by this Court and subject this Court to a qui tam action in United States Tax Court in accordance with the False Claims Act 18 USC §§ 286, 287, 31 USC § 3729, United States ex rel Eisenstein v. City of New York, 129 S, Ct. 2230 (2009). The United States is being deprived of tax revenue.

Failure to keep accounting records for the securities at bar is gross accounting misconduct and willful violation of the Sarbanes-Oxley Act's directives (PL No. 107-204, §3a, 116 Stat. 745, 749 (2002) codified at 15 USC § 7202) and is treated as a violation of the Securities and Exchange Act 1934. See also SEC Rule 10b-5, 18 USC § 472, 475.
**See EXHIBIT A.**

## ORDER TO THIS COURT TO REVOKE AND REVEST THE TRUST

1. All signatures, contracts, and trusteeships are ordered revoked and rescissioned for cause.
2. The CUSIP for the Bid, Performance, and Payment bond for this case trust security(ies) is: **316412204.**
3. Complainant has placed a UCC-1 lien on all property, including but not limited to; IRS 1099 A and other

MOTION ORDER TO REVOKE AND REVEST Page 4 of 11

accounting records, and the Bid, Performance, and Payment bonds as the Bailor and Secured Party. Se CO SOS UCC-1: **XXXXXXXXX**. TBA

4. Complainant has and will lodge the following documents as evidence of willful fraud with this Court, the IRS, and the FTC. See **EXHIBIT B**.

    a. IRS Form 14039 Identity Theft Affidavit
    b. IRS Form 843 Claim for Refund and Request for Abatement
    c. IRS Form 3949a Information Referral
    d. IRS Form 211 Application for Award for Original Information
    e. IRS Form 4506-T Request for Transcript of Tax Return (1099 A)
    f. IRS Form 1099 A
    g. IRS Form 1099 C
    h. FTC Complaint #**XXXXXXXXX TBA Shutdown**
    i. UCC-1 lien **XXXXXXXXX** TBA

5. Complainant Motions and Orders this Court to process the GSA bond deposited with the Clerk of the Court for adjudication including but not limited to; 28 USC §§ 2041-2045, 48 CFR Ch. 1 § 53.228, 41 CFR § 105-55.030, 26 USC § 6325, 31 USC § 3123, 31 USC § 5118(D)(1,2).

6. Complainant Motions and Orders this Court to revoke and revest the case trust securities at bar in accordance with 26 USC §§ 7201, 7206, 671-677, 7202. Civil penalties are

MOTION ORDER TO REVOKE AND REVEST Page 5 of 11

being charged in accordance with 18 USC § 3571 "Sentence of fine" unless otherwise specified by law.

**LEDGER**

| | |
|---|---|
| $467,102,000.00 | CUSIP: 316412204 |
| 1,746,901,000.00 | CUSIP: 233203405 (negotiable instrument deposited) |
| $250,000 | 18 USC § 1028A, 26 USC § 7231 Aggravated identity theft |
| $250,000 | 18 USC § 3571, 26 USC § 7201 Tax evasion |
| $250,000 | 26 USC § 7206 Fraud and false statements and concealment |
| $250,000 | 26 USC § 671-677 Embezzlement |
| $250,000 | SEC Rule 10b-5 Securities fraud |
| $250,000 | 18 USC § 472 Uttering counterfeit obligations |
| $250,000 | 18 USC § 475 Imitating obligations or securities |
| $250,000 | 42 USC § 1983 Civil action for deprivation of rights |
| $250,000 | 18 USC § 242 Deprivation of rights under color of law |
| $250,000 | 18 USC § 245 Federally protected activities |
| $2,216,503,000.00 | **TOTAL RECOUPMENT DEMANDED** |

7. **TAKE NOTICE:** Complainant is declaring aggravated identity theft, 18 USC § 1028A, for the Court's Bid, Performance, and Payment bonds. Defendant did not authorize this Court to create or use Complainant's tax records in violation of 26 USC §§ 7216, 6713(b), 7851, 26 USC § 7231 for pecuniary gain or to create and sign bonds in Complainant's name in violation of SEC Rule 10b-5 and/or 18 USC §§ 472 475.

MOTION ORDER TO REVOKE AND REVEST Page 6 of 11

8. Complainant Motions and Orders this Court to bring all public and private-side accounting records forward, including but not limited to the certified GAAP/GAAS accounting of all general ledgers, IRS 1099 A, C, B, OID, and the Bid, Performance, and Payments bonds.

9. Complainant Motions and Orders this Court to set off, settle, adjudicate, balance all accounts to zero $0, discharge, refund any remaining monies to the Complainant, close all accounts, and dismiss this case with prejudice.

**WHEREFORE**, being informed and competent in the **NATURE** of the issues and matters at bar, I hereby order the Clerk of the Court to perform setoff, settlement, adjudication, balance all accounts to zero $0, discharge, refund any remaining funds to the Complainant, and order this case dismissed with prejudice.

I understand that by refusing this lawful order by the administrative capacity of this Court and in my ministerial capacity, that I may recuse myself in accordance with 28 USC § 455 and order this case to be abated until such time that the I.R.S. can perform a full forensic audit of the accounting and securities records.

I understand that by refusing this lawful order, that 7th Amendment and Ex Parte Young, 209 US 123, claims of immunity

do not apply and my bond is automatically subject to arrest and attachment to the case trust securities at bar as the accommodation party, UCC § 3-419 "GOOD AS AVAL," for conspiracy to aid and abet willful; collusion with intent to defraud the United States in violation of the revenue laws and accepting payment or otherwise from the court bond 26 USC § 7214, aggravated identity theft 26 USC §§ 7216, 7851, 6713(b), accounting fraud 26 USC § 7201, fraud and false statements and concealment 26 USC § 7206, embezzlement 26 USC § 671-677, securities fraud SEC Rule 10b-5, 18 USC §§ 472, 475, tax evasion 18 USC § 371, 26 USC § 108(I)(4)(B), 26 USC § 7202 and theft of U.S. Securities deposited with this Court 28 USC §§ 2041-2045, and order this case to be removed to U.S. Tax Court for civil/criminal prosecution and forensic audit by the Internal Revenue Service in accordance with 26 CFR § 1.6001-1(e), 26 CFR § 1.381(a)-1, and 26 CFR Ch. 1 § 1.1491-1 for imposition of excise tax owed by this Court in accordance with I.R.M. Part 9, Ch 1, § 3.

**IT IS SO ORDERED,**

DATED: _____

By: _____

Judge